UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERVIS ERNEST ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 5:17-cv-03457-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/7/2018, I SERVED a true and correct copy(ies) of the **ORDER DENYING MOTION FOR ENTRY OF DEFAULT; DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING EXTENSION OF TIME TO FILE OPPOSITION; INSTRUCTIONS TO RESPONDENT** filed on 6/7/2018, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cervis Ernest Adams ID: AM4446
Richard Donovan Correctional Facility
480 Alto Road
San Diego, CA 92179

Dated: 6/7/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Tiffany Salinas-Harwell, Deputy Clerk to the Honorable BETH LABSON FREEMAN