UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERVIS ERNEST ADAMS,<br>        Petitioner,<br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | Case No. 17-03457 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 8/28/2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.17\03457Adams_judgment